UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| MARK S. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV417-010 |
| | ) | |
| HOMER BRYSON, *et al*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Mark Davis is a prisoner housed at Calhoun State Prison in Calhoun County, Georgia. Doc. 1. He brings this 42 U.S.C. § 1983 action against the several officers, the warden, and the Commissioner, for an incident at the prison. *Id.* at 5.

Because his claims arise from events that took place in Calhoun County, the proper forum for this case is the United States District Court for the Middle District of Georgia. 28 U.S.C. § 1391(b) (venue); 28 U.S.C. § 1406 (district courts may dismiss or transfer cases suffering venue defects); *see* 28 U.S.C. § 90(b)(5). The Clerk is **DIRECTED** to transfer this case to the Middle District for all further proceedings.

**SO ORDERED**, this  18th  day of January, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA